IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT WARD,<br><br>            Plaintiff,<br><br>vs.<br><br>ROAD BUILDERS MACHINERY & SUPPLY CO., INC.,<br><br>            Defendant. | **8:21CV113**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Parties' Joint Notice of Dismissal with Prejudice (Filing No. 110). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.

Dated this 28th day of March, 2023.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge